# Court of Appeals
# of the State of Georgia

ATLANTA, __October 07, 2022__

*The Court of Appeals hereby passes the following order:*

## A23D0057. ARTHUR D. KISER v. GEMMA D. O'NEALE.

Arthur D. Kiser filed a complaint for divorce against Gemma D. O'Neale in November 2020, and O'Neale moved for summary judgment. The trial court granted O'Neale summary judgment on the ground that the parties were not lawfully married and awarded her damages and judgment on a promissory note on the residence the parties shared. In December 2021, Kiser filed his "Complaint for Equitable Relief, Declaratory Judgment, and Request for Expedited Review" against O'Neale. O'Neale moved for summary judgment on the ground that the action was barred by the doctrine of res judicata, and the trial court granted the motion on April 5, 2022. Kiser filed a motion for reconsideration and hearing, which the trial court denied on May 16, 2022. Kiser filed the instant application on September 7, 2022. We, however, lack jurisdiction.

The denial of a motion for reconsideration of a final judgment is not an appealable ruling. See *Cornelius v. Morris Brown College*, 299 Ga. App. 83, 85 (1) n.1 (681 SE2d 730) (2009). Consequently, an appeal from the May 16 order is not available. Moreover, because this is a domestic relations matter, Kiser was authorized to file an application from the grant of the motion for summary judgment, but he was required to do so in a timely manner. A discretionary application must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Kiser filed the instant application 155 days after the trial court's April 5 order

granting summary judgment. Accordingly, this application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  *10/07/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*